UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61297-CIV-SINGHAL/VALLE

PANGEA MERX, LLC, a Florida Limited Liability Company,

    Plaintiff,

v.

C.B.I.SPA, an Italian corporation; ONLYMOSO HARVEST, LLC, a Florida Limited Liability Company; ONLYMOSO U.S.A. CORP, a Florida corporation; ONLYMOSO U.S.A. MARKETING, LLC, a Florida Limited Liability Company; FABRIZIO PECCI; and ROBERTO SEMINARA,

    Defendants.
_____/

## DEFENDANTS' INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants, C.B.I. SPA, ONLYMOSO HARVEST, LLC, ONLYMOSO USA CORP, ONLYMOSO USA MARKETING, LLC, FABRIZIO PECCI and ROBERTO SEMINARA, hereby make their initial disclosures. These initial disclosures are based on information reasonably available to Defendants at this time. Pursuant to Federal Rule of Civil Procedure 26(e), Defendants reserve the right to supplement or amend these disclosures as additional information becomes available. Defendants further reserve any applicable privileges that may apply to these disclosures and any further supplemental disclosures or other pre-trial discovery, including attorney-client, work product and investigational privileges:

**(A)** **Individuals likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:**

1. Roberto Seminara
   ONLYMOSO USA CORP
   4577 Nob Hill Road, Suite 707
   Sunrise, FL 33351
   (contact through undersigned counsel)

   Subject: Facts and circumstances regarding International Sales and Distribution Agreement entered into between Plaintiff and C.B.I. SPA.

2. Fabrizio Pecci
   C.B.I. SPA
   (contact through undersigned counsel)

   Subject: Facts and circumstances regarding International Sales and Distribution Agreement entered into between Plaintiff and C.B.I. SPA.

3. Any witness necessary to authenticate any evidence.

4. Any witness later identified through discovery.

5. Any witness listed, called or sought to be called by any party to this litigation.

Defendants reserve the right to supplement or amend this disclosure in accordance with Fed. R. Civ. P. 26(e).

**(B)** **Documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

1. International Sales and Distribution Agreement entered into between Plaintiff and C.B.I. SPA, already in Plaintiff's possession.

2. Any exhibit listed by any party.

Defendants reserve the right to supplement or amend this disclosure in accordance with Fed. R. Civ. P. 26(e).

**(C)** **Computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

Defendants deny that Plaintiff is entitled to any part of its claimed damages.

Defendants reserve the right to supplement or amend this disclosure in accordance with Fed. R. Civ. P. 26(e).

**(D)** **Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

Defendants are not aware of any applicable insurance agreements.

Defendants reserve the right to supplement or amend this disclosure in accordance with Fed. R. Civ. P. 26(e).

**(E)** **The identity of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. Fed. R. Civ. P. 26(a)(2)(A):**

Defendants have not made a determination as to trial witnesses at this time.

Defendants reserve the right to supplement and amend this disclosure in accordance with Fed. R. Civ. P. 26(e).

Respectfully submitted,

SANTUCCI PRIORE, P.L.
*Attorneys for Defendants*
200 South Andrews Avenue, Suite 100
Fort Lauderdale, Florida 33301
Telephone: (954) 351-7474
Facsimile: (954) 351-7475

By: /s/ Joseph V. Priore
Joseph V. Priore, Esq.
Florida Bar No.: 348820
Primary E-mail: jpriore@500law.com
Secondary E-mail: docketing@500law.com
Camille R. McBride, Esq.
Florida Bar No. 0458856
E-mail: cmcbride@500law.com
Secondary E-mail: docketing@500law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 6, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

By: /s/ Joseph V. Priore
Joseph V. Priore, Esq.
Florida Bar No.: 348820

## SERVICE LIST

**Pangea Merx, LLC v. C.B.I.SPA, et al.**
**Case No. 21-61297-CIV-SINGHAL/VALLE**
**United States District Court, Southern District of Florida**

Michael J. Cohen, Esq.
COHEN LEGAL GROUP, P.A.
1398 SW 160 Avenue, Suite 206
Sunrise, FL 33326
E-mail: pleadings@accidentalinjurycounsel.com
*Attorneys for Plaintiff*
Service via CM/ECF